IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BOBBY M. ROSS )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>CAROLYN W. COLVIN )<br>ACTING COMMISIONER OF )<br>SOCIAL SECURITY )<br>)<br>Defendant ) | CIVIL ACTION NO. 1:15-CV-01873 |

**CERTIFICATION**

   The undersigned, as Acting Chief, Court Case Preparation and Review Branch 3, Office of Appellate Operations, Office of Disability Adjudication and Review, Social Security Administration, hereby certifies that the documents annexed hereto constitute a full and accurate transcript of the entire record of proceedings relating to this case.

*[signature: Kathie Hartt]*

KATHIE HARTT

Date: January 7, 2016

«Name»