# Court Transcript Index

Civil Action Number:  1:15-CV-01873
Claimant:  Bobby Michael Ross
Account Number:  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

| Court Transcript Index | Page No. | No. of Pages |
|---|---|---|
| AC Denial (ACDENY), dated 09/25/2015 | 1-4 | 4 |
| AC Correspondence (ACCORR), dated 08/27/2014 | 5-11 | 7 |
| Request for Review of Hearing Decision/Order (HA 520), dated 05/12/2014 | 12-13 | 2 |
| ALJ Hearing Decision (ALJDEC), dated 03/14/2014 | 14-30 | 17 |
| Transcript of Oral Hearing (TRANHR), dated 02/11/2014 | 31-93 | 63 |

## Exhibits

| Exhibit No. | Description | Page No. | No. of Pages |
|---|---|---|---|
| B1A | Initial Disability Determination by State Agency, Title II, dated 03/07/2012 | 94 | 1 |
| B2A | Reconsideration Disability Determination by State Agency, Title II, dated 08/07/2012 | 95 | 1 |
| B1B | Appointment of Representative, Jennifer Hess, dated 10/20/2011 | 96-97 | 2 |
| B2B | Representative Fee Agreement, Jennifer Hess, dated 10/20/2011 | 98-101 | 4 |
| B3B | T2 Notice of Disapproved Claim, dated 03/07/2012 | 102-112 | 11 |
| B4B | Request for Reconsideration, dated 05/07/2012 | 113 | 1 |
| B5B | T2 Disability Reconsideration Notice, dated 08/07/2012 | 114-120 | 7 |
| B6B | Request for Hearing by ALJ, dated 09/28/2012 | 121-122 | 2 |
| B7B | Request for Hearing Acknowledgement Letter, dated 10/04/2012 | 123-129 | 7 |
| B8B | Claimant's Change of Address Notification, dated 08/13/2013 | 130-131 | 2 |
| B9B | Hearing Notice, dated 12/30/2013 | 132-149 | 18 |
| B10B | Resume of Vocational Expert | 150-154 | 5 |
| B11B | Acknowledge Notice of Hearing, dated 01/10/2014 | 155 | 1 |
| B12B | Notice Of Hearing Reminder, dated 01/28/2014 | 156-161 | 6 |
| B1D | Application for Disability Insurance Benefits, dated 11/17/2011 | 162-168 | 7 |
| B2D | New Hire, Quarter Wage, Unemployment Query (NDNH), dated 08/30/2013 | 169 | 1 |
| B3D | Summary Earnings Query, dated 08/30/2013 | 170 | 1 |
| B4D | Detailed Earnings Query, dated 08/30/2013 | 171-173 | 3 |
| B5D | Certified Earnings Records, dated 08/30/2013 | 174-175 | 2 |
| B1E | Disability Report - Field Office, dated 12/08/2011 | 176-177 | 2 |
| B2E | Disability Report - Adult, dated 12/12/2011 | 178-192 | 15 |
| B3E | 3rd Party Function Report - Adult, dated 12/15/2011, from CYNTHIA ALISA ROSS | 193-201 | 9 |

DATE: January 7, 2016

The documents and exhibits contained in this administrative record are the best copies obtainable.

# Court Transcript Index

Civil Action Number: 1:15-CV-01873
Claimant: Bobby Michael Ross
Account Number: 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

## Exhibits

| Exhibit No. | Description | Page No. | No. of Pages |
|---|---|---|---|
| B4E | Function Report - Adult, dated 01/05/2012, from ROSS, BOBBY MICHAEL | 202-214 | 13 |
| B5E | Report of Contact, dated 03/07/2012, from DDS INDIA IN | 215 | 1 |
| B6E | Disability Report - Field Office, dated 05/14/2012 | 216-217 | 2 |
| B7E | Disability Report - Appeals, dated 05/24/2012 | 218-224 | 7 |
| B8E | Disability Report - Field Office, dated 09/28/2012 | 225-226 | 2 |
| B9E | Disability Report - Appeals, dated 09/28/2012 | 227-233 | 7 |
| B10E | Exhibit List to Rep PH2E, dated 08/30/2013 | 234-244 | 11 |
| B11E | Medications, dated 02/11/2014 | 245 | 1 |
| B12E | Representative Brief, dated 02/11/2014 | 246-255 | 10 |
| B1F | Office Treatment Records, dated 01/04/2010 to 03/23/2010, from KENDRICK FAMILY PRACTICE | 256-265 | 10 |
| B2F | Office Treatment Records, dated 01/13/2006 to 03/10/2011, from JENNIFER M VIVIO MD | 266-276 | 11 |
| B3F | Office Treatment Records, dated 04/25/2011 to 08/02/2011, from ANNE LEACH MD | 277-294 | 18 |
| B4F | Office Treatment Records, dated 12/16/2010 to 10/13/2011, from JENNIFER M VIVIO MD | 295-324 | 30 |
| B5F | Office Treatment Records, dated 01/11/2011 to 11/23/2011, from STACIA E SORRELL MD | 325-364 | 40 |
| B6F | Office Treatment Records, dated 03/11/2011 to 12/02/2011, from TRISTAN VOTH -STONGER MD | 365-377 | 13 |
| B7F | Office Treatment Records, dated 02/11/2011 to 12/02/2011, from TRISTAN VOTH -STONGER MD | 378-393 | 16 |
| B8F | Office Treatment Records, dated 01/11/2011 to 12/31/2011, from ORTHOPEDIC SPECIALISTS | 394-406 | 13 |
| B9F | Unsuccessful Development Attempt to Secure Medical, dated 01/13/2012, from MOORESVILLE HIGH SCHOOL | 407 | 1 |
| B10F | Consultative Examination Report, dated 01/21/2012, from ACE ONE SERVICES LLC  (2ND DR) | 408-413 | 6 |
| B11F | Consultative Examination Report, dated 01/23/2012, from HAMILTON CENTER- DR. SCHNEIDER (PL) | 414-415 | 2 |
| B12F | Physical RFC Assessment, dated 01/30/2012, from DDS INDIA IN | 416-423 | 8 |
| B13F | Office Treatment Records, dated 02/02/2012 to 02/02/2012, from STACIA E SORRELL MD | 424-429 | 6 |
| B14F | Office Treatment Records, dated 01/11/2012 to 02/02/2012, from JENNIFER M VIVIO MD | 430-435 | 6 |
| B15F | Office Treatment Records, dated 04/25/2011 to 02/14/2012, from CENTERSTONE | 436-456 | 21 |
| B16F | Office Treatment Records, dated 08/02/2011 to 02/14/2012, from ANNE LEACH MD | 457-466 | 10 |

DATE: January 7, 2016

The documents and exhibits contained in this administrative record are the best copies obtainable.

# Court Transcript Index

Civil Action Number: 1:15-CV-01873
Claimant: Bobby Michael Ross
Account Number: 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

## Exhibits

| Exhibit No. | Description | Page No. | No. of Pages |
|---|---|---|---|
| B17F | Psychiatric Review Technique, dated 03/07/2012, from DDS INDIA IN | 467-480 | 14 |
| B18F | Mental RFC Assessment, dated 03/07/2012, from DDS INDIA IN | 481-484 | 4 |
| B19F | Physical/Occupational Therapy Records, dated 03/10/2011 to 03/29/2012, from ST FRANCIS PHYSICAL THERAPY | 485-670 | 186 |
| B20F | Office Treatment Records, dated 02/13/2013 to 12/20/2013, from Josephson Wallack Munshower Neurology | 671-676 | 6 |
| B21F | Office Treatment Records, dated 02/15/2012 to 12/20/2013, from Centerstone | 677-683 | 7 |
| B22F | Office Treatment Records, dated 12/03/2011 to 12/20/2013, from Indiana Pain Center | 684-732 | 49 |

DATE: January 7, 2016

The documents and exhibits contained in this administrative record are the best copies obtainable.