UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **BOBBY M. ROSS,** )  ) | |
| **Plaintiff,** ) ) | Case No. 1:15-cv-1873-WTL-DKL |
| **v.** ) ) | |
| **CAROLYN W. COLVIN,** ) *Commissioner of the* ) *Social Security Administration,* ) ) | |
| **Defendant.** ) | |

ENTRY FOR FEBRUARY 22, 2016
HONORABLE WILLIAM T. LAWRENCE

The Plaintiff in this cause seeks judicial review of the denial of Social Security benefits. The record of the administrative proceedings has now been filed. Accordingly, the Plaintiff shall submit a brief in support of the complaint **within 60 days of the date of this Entry;** the Defendant shall submit a brief in response **within 30 days of the date the Plaintiff's brief is filed;** and any reply by the Plaintiff shall be filed **within 15 days of the date the Defendant's response brief is filed.** The failure to file a timely opening brief or response brief may result in the summary disposition of this case.

Distribution to all registered counsel via electronic notification